1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE MARIE SAVIDGE, | CASE NO. 13-CV-240 JLS (NLS) |
| Plaintiff, | **ORDER: (1) ADOPTING REPORT AND RECOMMENDATION; (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND (3) GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | (ECF Nos. 16, 19) |

Presently before the Court are Plaintiff Leslie Marie Savidge's ("Plaintiff") Motion for Summary Judgment ("MSJ") (ECF No. 16) and Defendant Michael J. Astrue's Cross-Motion for Summary Judgment ("cross-MSJ") (ECF No. 19). Also before the Court is Magistrate Judge Stormes' Report and Recommendation ("R&R") advising that the Court deny Plaintiff's MSJ and grant Defendant's cross-MSJ. (ECF No. 21.)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's R&R. The district court must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also*

13cv240

1  *United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874

2  F.2d 614, 617 (9th Cir. 1989).  However, in the absence of timely objection, the Court

3  "need only satisfy itself that there is no clear error on the face of the record in order to

4  accept the recommendation."  Fed. R. Civ. P. 72 advisory committee's note (citing

5  *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

6       Here, the parties have failed to timely file objections to Magistrate Judge

7  Stormes' R&R.  Having reviewed the R&R, the Court finds that it is thorough, well

8  reasoned, and contains no clear error.  Accordingly, the Court hereby: (1) **ADOPTS**

9  Magistrate Judge Stormes' R&R in its entirety, (2) **DENIES** Plaintiff's MSJ, and (3)

10  **GRANTS** Defendant's cross-MSJ.  The Clerk of the Court shall close the file.

11       **IT IS SO ORDERED**.

12  DATED:  May 16, 2014

13  Janis L. Sammartino
Honorable Janis L. Sammartino
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13cv240